|   |   |
|---|---|
| 1 | Brett L. McKague SBN 160396 |
|   | Michele Miller SBN 213723 |
| 2 | McKAGUE & TONG |
|   | 250 Montgomery Street, Suite 1100 |
| 3 | San Francisco, CA 94104 |
|   | Telephone (415) 409-5222 |
| 4 | Facsimile (415) 409-0467 |
| 5 | Jeffery M. Cross |
|   | Daniel C. Curth |
| 6 | FREEBORN & PETERS LLP |
|   | 311 S. Wacker Dr., Suite 3000 |
| 7 | Chicago, IL 60606 |
|   | Telephone (312) 360-6430 |
| 8 | Facsimile (312) 360-6597 |
| 9 | Attorneys for Defendant |
|   | THE BURLINGTON NORTHERN AND |
| 10 | SANTA FE RAILWAY COMPANY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| TRUCK-RAIL HANDLING, INC. and QUALITY TRANSPORT, INC. | ) | No. C 02 2825 JSW |
|---|---|---|
| Plaintiffs, | ) ) ) | [PROPOSED] ORDER GRANTING BNSF'S MISCELLANEOUS REQUEST FOR SEVEN ADDITIONAL DAYS TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS FURTHER BRIEFING REGARDING SUMMARY JUDGMENT ON PLAINTIFFS' CONSPIRACY TO MONOPOLIZE CLAIM. |
| v. | ) ) ) | |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

On May 10, 2005, Defendant THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY ("BNSF") submitted a Miscellaneous Request for Seven Additional Days to File Its Reply In Support of Its Further Briefing Regarding Summary Judgment On Plaintiffs' Conspiracy to Monopolize Claim.

---

[PROPOSED] Order Granting BNSF's Miscellaneous Request For Seven Additional Days To File Its Reply Brief In Support Of Its Further Briefing Regarding Summary Judgment On Plaintiffs' Conspiracy To Monopolize Claim.

1  Having considered the Miscellaneous request by BNSF, together with the Declaration of Daniel C. Curth, and the court file in this matter, the Court HEREBY GRANTS BNSF an additional seven days through and including May 20, 2005, in which to file its Reply Brief In Support Of Its Further Briefing Regarding Summary Judgment On Plaintiffs' Conspiracy to Monopolize Claim.  No other calendared dates shall be modified by this order.

The Court FURTHER ORDERS Plaintiffs to no later than May  11 , 2005, serve copies of all exhibits to their Opposition To Defendant's Motion For Summary Judgment On Conspiracy To Monopolize Claim, and exhibits to the Declarations of Joseph M. Alioto and Howard Gosch, ~~or specifically identify the bate ranges for each and every exhibit to the Opposition and Declaration~~s.

IT IS SO ORDERED.

Dated: May  11 , 2005            /s/ Jeffrey S. White
                                 The Honorable Jeffrey S. White

BNSF's Miscellaneous Request For Seven Additional Days To File Its Reply Brief In Support Of Its Further Briefing Regarding Summary Judgment On Plaintiffs' Conspiracy To Monopolize Claim.
.2