Joseph M. Alioto SBN 42680
Joseph M. Alioto, Jr. SBN 215544
ALIOTO LAW FIRM
555 California Street
31st Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

John H. Boone SBN 44876
LAW OFFICES OF JOHN H. BOONE
555 California Street
31st Floor
San Francisco, CA  94104
Telephone:  (415) 434-1133
Facsimile:  (415) 434-9200

Richard D. Rosenberg SBN 67336
ROSENBERG LAW FIRM
456 Montgomery Street
17th Floor
San Francisco, CA 94104
Telephone: (415) 675-7100
Facsimile: (415) 421-6651

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO


| | |
|---|---|
| TRUCK-RAIL HANDLING, INC., and QUALITY TRANSPORT, INC. | )<br>)<br>) | COURT FILE NO. C-02-2825-JSW |
| Plaintiffs, | )<br>)<br>) | [PROPOSED] ORDER |
| v. | )<br>)<br>) | |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, | )<br>)<br>) | |
| Defendant. | )<br>)<br>)<br>)<br>)<br>) | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs Truck-Rail Handling, Inc., and Quality Transport, Inc.'s Administrative Motion to File Under Seal Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on Conspiracy to Monopolize Claim and sealed portions of Declaration of Joseph M. Alioto, Jr. submitted for filing under seal, is GRANTED.

IT IS SO ORDERED.

Dated: ~~May 9, 2005~~                    /s/ Jeffrey S. White

     May 11, 2005                        JEFFREY S. WHITE
                                         United States District Judge