IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUCK-RAIL HANDLING INC., and
QUALITY TRANSPORT, INC.,

    Plaintiffs,

v.

BURLINGTON NORTHERN AND SANTA
FE RAILWAY COMPANY,

    Defendant.

No. C 02-02825 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court has received and considered Plaintiffs' response to the Court's May 11, 2005 Order to Show Cause. Although in the future, Plaintiffs should strongly consider serving documents via overnight mail when the Court has imposed a briefing schedule that does not permit the parties a great deal of time between filings, the Court is satisfied with Plaintiffs' response and, accordingly, DISCHARGES the Order to Show Cause without imposing sanctions.

**IT IS SO ORDERED.**

Dated: May 24, 2005

         /s/ Jeffrey S. White
        JEFFREY S. WHITE
        UNITED STATES DISTRICT JUDGE