United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUCK-RAIL HANDLING INC., and
QUALITY TRANSPORT, INC.,

    Plaintiffs,

v.

BURLINGTON NORTHERN SANTA FE
RAILWAY COMPANY,

    Defendant.

No. C 02-02825 JSW

**ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

    The Court has received the parties' stipulation to continue the case management conference from June 10, 2005 to August 26, 2005. Although the parties do not set forth the reason why a continuance is necessary, in light of the fact that the Defendant's motion for summary judgment remains pending as to Plaintiffs' claim for conspiracy to monopolize, the Court GRANTS the request. In the future, however, the parties are admonished that requests for continuances must be accompanied by a showing of good cause.

    The proposed continued date, however, is not convenient for the Court. Accordingly, the case management conference is HEREBY CONTINUED from June 10, 2005 to August 19, 2005, and the parties' case management conference statement shall be due on August 12, 2005. If either party's counsel is unavailable on that date, the parties are ORDERED to submit a stipulation and proposed order demonstrating good cause as to why the case management

conference be continued, or if appropriate, advanced to another date.

**IT IS SO ORDERED.**

Dated: June 2, 2005

   /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE