United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK-RAIL HANDLING INC., and QUALITY TRANSPORT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BURLINGTON NORTHERN SANTA FE RAILROAD COMPANY,<br><br>Defendant. | No. C 02-02825 JSW<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO STRIKE EXPERT REPORTS** |

In light of the Court's Orders granting summary judgment in favor of Defendant, the Court HEREBY DENIES AS MOOT Defendant's Motion to Strike the Report of Phillip Burris (Docket No. 117) and the Motion to Strike the Report of Dr. William Tye (Docket No. 120).

**IT IS SO ORDERED.**

Dated: July 11, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE