IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK-RAIL HANDLING INC., and QUALITY TRANSPORT, INC.<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN SANTA FE RAILROAD COMPANY,<br><br>Defendant. | No. C 02-02825 JSW<br><br>**ORDER REGARDING BILLS OF COSTS** |

The Court has received the parties' respective objections to the bills of costs submitted in this case. Although the costs have not yet been taxed by the Clerk, given the legal objections raised by BNSF, the Court construes the parties' objections as motions to tax costs and shall resolve the matter in the first instance. It is HEREBY ORDERED, that each party shall submit a response to the objections filed by no later than August 19, 2005. The parties' responses shall not exceed ten pages. The Court shall then take the matter under submission.

**IT IS SO ORDERED**

Dated: August 11, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE