IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCK-RAIL HANDLING, INC. and<br>QUALITY TRANSPORT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE BURLINGTON NORTHERN AND<br>SANTA FE RAILWAY COMPANY,<br><br>    Defendant. | No. C 02-02825 JSW<br><br>**ORDER REFERRING<br>APPLICATION TO APPEAR FOR<br>EXAMINATION TO<br>MAGISTRATE JUDGE AND<br>VACATING HEARING DATE** |

Pursuant to Local Rule 72-1, Defendant's application for an order to appear for examination is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution or, if appropriate, a report and recommendation. The hearing date noticed for March 3, 2006 is VACATED.

**IT IS SO ORDERED.**

Dated: January 13, 2006

                                                JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom