IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUCK-RAIL HANDLING, INC., *et al.*,

    Plaintiffs,

v.

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,

    Defendant.

No. C 02-02825 JSW

**ORDER RE MISCELLANEOUS ADMINISTRATIVE REQUEST FOR APPROVAL OF SUPERSEDEAS BOND**

    The Court has received Plaintiffs' miscellaneous administrative request for the approval of a supersedeas bond in the amount of $24,487.50. Defendant does not oppose the approval of a bond, but requests that the Court require Plaintiffs to post bond in the amount of $48,975.00. Defendants have also indicated that the parties are attempting to reach a stipulation on this issue.

    Accordingly, the Court HEREBY ORDERS the parties to submit a stipulation as to the amount of bond by February 3, 2006, or to issue a statement that they have been unable to agree on the amount of the bond. If the parties are unable to stipulate, the Court will issue a ruling as to the amount of the bond.

    **IT IS SO ORDERED.**

Dated: January 27, 2006

                                                       JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE