|   |   |
|---|---|
| 1 | Brett L. McKague SBN 160396 |
|   | Daron D. Tong SBN 96220 |
| 2 | McKAGUE & TONG, LLP |
|   | 250 Montgomery Street, Suite 1100 |
| 3 | San Francisco, CA 94104 |
|   | Telephone (415) 409-5222 |
| 4 | Facsimile (415) 409-0467 |

Jeffery M. Cross
Daniel C. Curth
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone (312) 360-6430
Facsimile (312) 360-6597

Attorneys for Defendant
THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| TRUCK-RAIL HANDLING, INC. and QUALITY TRANSPORT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C 02 2825 JSW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING APPROVAL AND AMOUNT OF SUPERSEDEAS BOND |
|---|---|---|

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING APPROVAL AND AMOUNT OF SUPERSEDEAS BOND**

The parties to the above-entitled action jointly submit this Stipulation And Proposed Order Regarding Approval and Amount of Supersedeas Bond. In support of this Stipulation, the parties state:

1. On January 18, 2006 Plaintiffs filed a Miscellaneous Request For Approval of Supersedeas Bond. Thereafter the parties conferred regarding the amount of the Supersedeas Bond via telephone.

Stipulation And ~~Proposed~~ Order To Extend Current Briefing Schedule And To Reschedule Case Management Conference.

2. Defendant filed a Conditional Non-Opposition to Plaintiffs' Miscellaneous Request For Approval of Supersedeas Bond on January 26, 2006 stating that Defendant did not oppose approval of the Supersedeas Bond but requested that Plaintiffs post a bond in the amount of $48,975.

3. On January 27, 2006 Judge Jeffrey S. White ordered the parties to submit a stipulation as to the amount of the bond by February 3, 2006.

4. Plaintiffs TRUCK-RAIL HANDLING, INC. and QUALITY TRANSPORT, INC. and Defendant THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY hereby STIPULATE that the amount of the Supersedeas Bond posted by Plaintiffs shall be $36,000.00.

SO STIPULATED:

Dated: 2-03-06

_____
Richard D. Rosenberg, counsel for Truck-Rail Handling, Inc. and Quality Transport, Inc.

Dated: 2/3/06

_____
Daron D. Tong, Counsel for THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY

IT IS SO ORDERED:

Dated: February 6, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Stipulation And Proposed Order Re: Supersedeas Bond.

2